JPML FORM 1A                          DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 328 -- IN RE AMOXICILLIN PATENT AND ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 12/1/77 | 1 | MOTION, BRIEF SCHEDULE OF ACTIONS, CERT OF SERVICE, w/Exhibits A-F -- Biocraft Laboratories, Inc. and A. H. Robins Co. SUGGESTED TRANSFEREE DISTRICT: D. District of Columbia SUGGESTED TRANSFEREE JUDGE: Judge Charles R. Ritchey |
| 12/9/77 | | REQUEST FOR EXTENSION OF TIME -- Plaintiff Bristol-Myers Co. -- GRANTED until 1/6/78 -- Notified by phone (cds) |
| 12/12/77 | | APPEARANCE -- DONALD R. DUNNER ESQ. for Biocraft Laboratories, Inc. JEROME G. SHAPIRO, ESQ. for Bristol-Myers Co. ROBERT F. DOBBIN, ESQ. for Beecham Group Ltd. and Beecham, Inc. (rew) |
| 12/20/77 | | LETTER -- Signed by Anderson and Dobbin -- Dated Dec. 14, 1977 |
| 12/28/77 | | LETTER -- Signed by Robert F. Dobbin behalf of Beecham dated 12/19/77 |
| 1/17/78 | 2 | RESPONSE -- Bristol-Myers Co. w/cert of service (emh) |
| 1/17/78 | 3 | RESPONSE -- Beecham Group Ltd. and Beecham Group w/cert. of service & Exhibits 1 thru 5 (emh) |
| 1/31/78 | 4 | REPLY BRIEF -- Movants Biocraft Laboratories, Inc. & A. H. Robins Co. w/cert of service (emh) |
| 2/3/78 | | HEARING ORDER -- Setting A-1, A-2, and A-3 for hearing -- Feb. 24, 1978 in Miami, Florida (ea) |
| 3/1/78 | | LETTER -- Suggesting District of New Jersey as transferee forum -- Defendant Bristol Myers Co. -- w/cert of service (cds) |
| 3/6/78 | | LETTER -- By Donald R. Dunner, Esq. for Bristol Myers Co. dtd. 3/6/78 (ea) |
| 5/2/78 | | OPINION AND ORDER -- Consolidating A-1 through A-3 in the District of the District of Columbia under Section 1407 and assigning these actions to the Honorable Charles R. Ritchey -- Notified involved counsel, judges and clerks (cds) |
| 5/2/78 | | CONSENT OF TRANSFEREE COURT -- for litigation to be handled in the District of Columbia under 28 U.S.C. §1407 |
| 6/23/78 | | B-1 Beecham Group Limited v. Warner-Lambert Co., D. Del., 78-234 B-2 Beecham Group Limited v. Squibb Corp., D. Del., 78-235 CONDITIONAL TRANSFER ORDERS FILED TODAY -- Notified involved counsel and judges (cds) |
| 6/30/78 | | APPEARANCE -- Robert F. Dobbin, Esq. for Beecham Group Ltd. (B-1,B-2) |
| 7/11/78 | | B-1 Beecham Group Limited v. Warner-Lambert Co., D. Del., 78-234 B-2 Beecham Group Limited v. Squibb Corp., D. Del., 78-235 CONDITIONAL TRANSFER ORDERS FINAL TODAY. Notified clerks, involved judges (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 328 -- IN RE AMOXICILLIN PATENT AND ANTITRUST MXMXXLITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 11/6/78 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (B-3) Beecham Group Limited v. Amrican Home Products Corp., D. Delaware, C.A. No. 78-407 -- Notified involved counsel and judges (cds) |
| 11/22/78 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (B-3) Beecham v. Americanm, D. Del., #78-407 -- Notified clerks and judges (cds) |
| 82/10/19 | | SUGGESTION FOR REMAND ACTIONS -- (A-1, B-1 thru B-3) -- Signed by Judge Charles R. Richey on 10/12/82 (ds) |
| 82/10/19 | | CONDITIONAL REMAND ORDERS FILED TODAY -- A-1, B-1 thru B-3. Notified involved judge and counsel. (ds) |
| 82/11/01 | 5 | REQUEST FOR EXTENSION OF TIME (Re: CRO's filed 10/19/82 15 day stay) -- Special Masters Paul R. Rice -- GRANTED to and including Dec. 1, 1982 to ALL PARTIES. (eaf) (extending stay period for filing opposition) (eaf) |
| 82/12/02 | | CONDITIONAL REMAND ORDER FINAL TODAY -- in A-1, B-1 thru B-3. NOTIFIED CLERKS AND JUDGE. (emh) |

DC 5/2/78 449 F Supp 601

84/04/05

DOCKET NO. 328 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE AMOXICILLIN PATENT AND ANTITRUST LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s) 2/24/78
Consolidation Ordered 5/2/78        Consolidation Denied _____
Opinion and/or Order 5/2/78
Citation 449 F Supp. 601

Transferee District  District of the District of Columbia   Transferee Judge  Charles R. Richey

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Beecham Group Limited v. Bristol-Myers Co. | D. Dela. Latchum | 77-274 | 5/2/78 | 78-0808 | 12/2/82 R | |
| A-2 | Beecham Group Limited v. A. H. Robins Co. | E.D. Va. Warriner | 77-0553-R | 5/2/78 | 78-0809 | ✱ 4/5/84 D | |
| A-3 | Biocraft Laboratories, Inc. v. Beecham Group Limited, et al. | D. D.C. Richey | 77-2021 | — | | ✱ 4/5/84 D | |
| B-1 | Beecham Group Limited v. Warner-Lambert Company 6/23 | D.Dela. Latchum | 78-234 | 7/11/78 | 78-1293 | 12/2/82 R | |
| B-2 | Beecham Group Limited v. Squibb Corp. 6/23 | D.Dela Latchum | 78-235 | 7/11/78 | 78-1294 | 12/2/82 R | |
| B-3 | Beecham Group Limited v. American Home Products Corp. | D. Del. Latchum | 78-407 | 11/22/78 | 78-2216 | 12/2/82 R | |

July 1979 1/6/78  5 TR - 1 XX2 = 6 Pdg.
July 1980 - 5 TR / 1 XX2 / 6 Pdg
July 1982 Same
July 1983 - Closed 2 Pdg
July 1984 - Same 2 Dis Lit Closed

✱ A-2 & A-3 stayed in DC court pending outcome of Dela. trial

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 328 -- IN RE AMOXICILLIN PATENT AND ANTITRUST LITIGATION

---

BRISTOL-MYERS COMPANY
Jerome G. Shapiro, Esquire
Hughes, Hubbard & Reed
One Wall Street
New York, New York  10005

BEECHAM GROUP LIMITED
BEECHAM, INC. (B-2)
Robert F. Dobbin, Esquire
Shearman & Sterling
53 Wall Street
New York, New York  10005

BEECHAM GROUP LIMITED (B-1) (B-3)
R. Franklin Balotti, Esq.
Richards, Layton & Finger
4072 DuPont Building
Post Office Box 551
Wilmington, Delaware  19899

BEECHAM GROUP LIMITED (B-2)
Edward B. Maxwell, 2nd
Young, Conaway, Stargatt & Taylor
1401 Market Tower
Post Office Box 607
Wilmington, Delaware  19899

---

WARNER-LAMBERT COMPANY
Stanton Lawrence, Jr.
Pennie & Edmonds
330 Madison Avenue
New York, New York  10017

THE SQUIBB CORPORATION
The Squibb Corporation
40 West 57th Street
New York, New York

BIOCRAFT LABORATORIES, INC.
A. H. ROBINS COMPANY
AMERICAN HOME PRODUCTS CORPORATION
Donald R. Dunner, Esq.
Finnegan, Henderson, Farabow,
  Garrett & Dunner
1775 K Street
Washington, D.C.  20006

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 328 -- IN RE AMOXICILLIN PATENT AND ANTITRUST LITIGATION [

| Name of Party | Named as Party in Following Actions |
|---|---|
| BRISTOL-MYERS CO. | A-1   A-3 |
| A.H. Robins Co. | A-2 |
| BEECHAM GROUP LIMITED | A-3 |
| ~~BRISTOL~~ BEECHAM, INC. | A-3 |
| Warner-Lambert Company | B-1 |
| SQUIBB CORP. | B-2 |
| American Home Products Corp. | B-3 |
| | |
| | |
| | |